IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-227-DCK

| | |
|---|---|
| JAMES FRANK MCCONNELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| REVELS CONTRACTING SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Counsel for Plaintiff, Jenny L. Sharpe, notified the undersigned's chambers that the parties reached a settlement on October 6, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 6, 2014**.

Signed: October 6, 2014

David C. Keesler
United States Magistrate Judge